UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN CHRISTOPHER DUNSTON,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No. 2:24-cv-08080-MCS-KES

ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 28).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 30) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) all claims in the Second Amended Complaint ("SAC" at Dkt. 26), with the exception of Plaintiff's claim of inhumane conditions of confinement in violation of § 1983/Eighth Amendment, are dismissed without prejudice but without leave to amend; and (2) Plaintiff's inhumane conditions

of confinement claim is dismissed without prejudice and with leave to amend.

It is further ORDERED that the Court Clerk mail Plaintiff a conformed copy of his SAC, thus rendering Plaintiff's motion for judicial notice (Dkt. 27) moot.

DATED:  February 2, 2026

_____
Hon. Mark C. Scarsi
UNITED STATES DISTRICT JUDGE