UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHRISTOPHER DUNSTON,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 2:24-cv-08080-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 51). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//

//

//

IT IS THEREFORE ORDERED that Judgment be entered dismissing the entire action without prejudice for failure to prosecute and failure to follow court orders.

DATED: November 6, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE